IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CAROLYN HALL, Administrator of the Estate of WALTER WAYNE PETERSON, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER ERIC FRIES, Individually and In His Official Capacity; SGT. SHAWN BOSTICK, Individually; THE CITY OF MOULTRIE; CHIEF FRANK LANG, Individually and In His Official Capacity; AND SHERIFF AL WHITTINGTON, Individually,<br><br>    Defendants. | Civil Action No. 7:13-CV-105 (HL) |

## ORDER

Following the lifting of the stay of discovery in this case, and in keeping with the terms of the discovery report originally submitted by the parties, the Court now orders the parties to confer and hold a Rule 26 Conference not later than April 24, 2014, and to submit a revised scheduling/discovery report not later than May 1, 2014.

**SO ORDERED**, this the 10th day of April, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

scr