# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **CAROLYN HALL, Administrator of the Estate of WALTER WAYNE PETERSON, Deceased,**<br><br>    Plaintiff,<br><br>v.<br><br>**OFFICER ERIC FRIES, Individually and In His Official Capacity; SGT. SHAWN BOSTICK, Individually; THE CITY OF MOULTRIE; CHIEF FRANK LANG, Individually and In His Official Capacity; AND SHERIFF AL WHITTINGTON, Individually**,<br><br>    Defendants. | Civil Action No. 7:13-CV-105 (HL) |

## ORDER

Before the Court is Plaintiff's Consent Motion to Extend Time for Plaintiff to Identify Expert Witnesses (Doc. 50, 51). For good cause shown, the motion is granted. Plaintiff shall have up to and including August 6, 2014 to identify expert witnesses. No other deadlines are affected by this Order.

**SO ORDERED**, this the 23rd day of July, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

scr